UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Wilmar Eduardo RAMOS IXCOTOYAC,

Petitioner,

v.

U.S. IMMIGRATION and CUSTOMS ENFORCEMENT (ICE),

Respondent.

Case No.:  26-cv-0482-AGS-DDL

**ORDER DISMISSING PETITION WITHOUT PREJUDICE**

Petitioner Wilmar Ramos Ixcotoyac seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. But his petition fails to name the proper respondent. Petitions for habeas corpus must name as a respondent "the person who has custody over" the petitioner. "[T]he default rule is that the proper respondent is the warden of the facility where the prisoner is being held[.]" *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004); *see also Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024) ("affirm[ing] the application of the immediate custodian" rule to "habeas petitions filed pursuant to 28 U.S.C. § 2241, including those filed by immigrant detainees" and ruling a district court cannot consider a misnamed petition). Ramos Ixcotoyac only names "U.S. Immigration and Customs Enforcement (ICE)" as a respondent. (ECF 1, at 1.) So, the petition must be dismissed, but Ramos Ixcotoyac may file an amended petition remedying that defect. Any amended petition is due **February 23, 2026**.

Dated:  January 29, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-0482-AGS-DDL